UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80162-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOSEPH ROBERT STEWART,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 50]. On January 19, 2024, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 48] during which Defendant pled guilty to Counts 2 and 3 of the Indictment [ECF No. 13] pursuant to a written stipulated factual basis [ECF No. 49]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 2 and 3 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Counts 2 and 3 [ECF No. 13]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Joseph Robert Stewart** as to Counts 2 and 3 of the Indictment is **ACCEPTED**.

CASE NO. 23-80162-CR-CANNON

3. Defendant **Joseph Robert Stewart** is adjudicated guilty of Counts 2 and 3 of the Indictment. Count 2 charges him with conspiracy to advertise child pornography, in violation of 18 U.S.C. § 2251(d) and (e). Count 3 charges him with conspiracy to distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) [ECF No. 13].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of February 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record